AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

United States of America

v.

Jorge Alfredo MARTINEZ SANCHEZ

*Defendant*

Case No. 25-MJ- 5185

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 27, 2025, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

THOMAS J. COFFMAN
BORDER PATROL AGENT
UNITED STATES BORDER PATROL
*Printed name and title*

Sworn to before me and signed telephonically.

Date: July 31, 2025

*Judge's signature*

City and State: Buffalo, New York

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAING

STATE OF NEW YORK )
COUNTY OF ERIE      )   SS:
CITY OF BUFFALO    )

I, Thomas J. Coffman, being duly sworn, deposes and says that:

1. I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo, New York. I have been employed as a Border Patrol Agent for fourteen (14) years. In such capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2. As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to affect arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a).

3. I make this Affidavit in support of the Criminal Complaint charging Jorge Alfredo MARTINEZ SANCHEZ (hereinafter "MARTINEZ SANCHEZ"), born in 1975 in Mexico, with having been found in the United States after having been previously removed

or deported from the United States, without first applying to the Attorney General or the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of official records, and upon information provided to me by other U.S. Border Patrol and other law enforcement officers. This affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Sections 1326(a).

## PROBABLE CAUSE

5. On or about July 27, 2025, Buffalo Border Patrol Station Targeting Unit (TU) Agents in collaboration with Homeland Security Investigations (HSI) and Enforcement and Removal Operations (ERO) as part of the national security missions established under Operation Unified Alliance and Operation Safeguard were conducting surveillance at Walmart in Cheektowaga, New York. Agents encountered a vehicle in Cheektowaga, New York, within the Western District of New York. This vehicle was registered to an out of state roofing company. It is a common trend for illegal aliens from other states to work construction in Buffalo Station's area of responsibility due to local labor costs. Historically, Buffalo Station Agents have apprehended many illegal aliens that are in the area working construction, especially roofing, and driving out of state registered work vehicles.

6.      The vehicle was parked in the Walmart parking lot. Agents observed seven individuals dressed in construction attire exiting Walmart and approaching the red work van. Border Patrol Agents approached the seven individuals, including MARTINEZ SANCHEZ, and questioned the subjects as to their citizenship and legal status in the United States.

7.      The individuals consented to questioning and Border Patrol Agents confirmed through questioning that MARTINEZ SANCHEZ is a citizen and national of Mexico, and not a national of the United States. This was confirmed through the Buffalo Sector Integrated Border Communications Center (IBCC) who conducted a record check on MARTINEZ SANCHEZ. MARTINEZ SANCHEZ stated that he did not have any documents that would allow him to be or remain in the United States lawfully.

8.      U.S. Border Patrol Agents took MARTINEZ SANCHEZ into custody. As a part of processing, an electronic scan of MARTINEZ SANCHEZ's fingerprints were taken to verify his identity and any immigration history he may have in the United States. This query resulted in an identical biometric match revealing that MARTINEZ SANCHEZ had been issued an FBI number and immigration fingerprint identification number.

9.      Criminal and immigration database record checks associated with MARTINEZ SANCHEZ's fingerprints revealed the following:

    a. MARTINEZ SANCHEZ is a native and citizen of Mexico.

    b. On or about September 25, 2017, MARTINEZ SANCHEZ was ordered removed by an Agency Official in Santa Teresa, New Mexico.

    c. On or about September 25, 2017, MARTINEZ SANCHEZ was served a

warning to aliens being ordered removed or deported.

d. On or about October 10, 2017, MARTINEZ SANCHEZ was physically removed from the United States from El Paso, Texas pursuant to an order of removal.

10. There is no record that MARTINEZ SANCHEZ had applied for or received the requisite permission to re-enter the United States after his last removal.

11. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about July 27, 2025, within the Western District of New York, Jorge Alfredo MARTINEZ SANCHEZ, an alien who was removed from the United States on or about October 10, 2017, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

---
THOMAS J. COFFMAN
U.S. Border Patrol Agent
United States Border Patrol

Sworn and subscribed to before me telephonically
on this 31st day of July 2025.

---
HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge

4